**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as**
*Ewing v. UC Health*, **Slip Opinion No. 2023-Ohio-4701.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-4701

EWING, INDIVIDUALLY AND AS EXR. OF THE ESTATE OF EWING AND AS PERSONAL REPRESENTATIVE OF EWING'S NEXT OF KIN AND BENEFICIARIES, APPELLEE, *v*. UC HEALTH ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Ewing v. UC Health*, Slip Opinion No. 2023-Ohio-4701.]**

*Court of appeals' judgment reversed on the authority of* Everhart v. Coshocton Cty. Mem. Hosp.

(Nos. 2022-1121 and 2022-1166—Submitted December 20, 2023—Decided December 28, 2023.)

APPEAL from and CERTIFIED by the Court of Appeals for Hamilton County, No. C-210390, 2022-Ohio-2560.

_____

{¶ 1} The judgment of the First District Court of Appeals is reversed on the authority of *Everhart v. Coshocton Cty. Mem. Hosp.*, __ Ohio St.3d __, 2023-Ohio-4670, __ N.E.3d __.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

————————————

Marlene Penny Manes, for appellee.

Frost Brown Todd, L.L.C., Nathaniel L. Truitt, and Bill J. Paliobeis, for appellants, UC Health, L.L.C., and University of Cincinnati Medical Center, L.L.C.

————————————